**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

TAMARA BROWN                                                                                    PLAINTIFF

V.                                                                         CAUSE NO. 3:17CV212-MPM-JMV

TUNICA COUNTY SCHOOL DISTRICT                                                    DEFENDANT

**ORDER REQUIRING FILING OF COMPLETE
COPY OF THE COMPLAINT IN REDACTED FORM**

By Order dated December 14, 2017, the Court pointed out that the original *pro se, in forma pauperis* Complaint [1] should be sealed and re-filed in "redacted" form because it contained the full names of minors in contravention of Rule 5.2 of the *Federal Rules of Civil Procedure*. That Order directed the Clerk to seal the Complaint and ordered that Plaintiff, on or before **December 29, 2017**, file an identical copy of the Complaint for the benefit of the public record, except that all letters of the names of minors contained therein must be completely marked out (redacted)–with the exception of the first and last initials of each minor's name. Plaintiff was warned that a filed copy of the Complaint that failed to comply with the instructions given in that order might be stricken and removed from the docket. Having reviewed the redacted Complaint Plaintiff filed on December 26, 2017, the Court finds Plaintiff has failed to fully comply with the Court's prior Order because she failed to include with the recent filing the attachments that were filed with the original Complaint. Accordingly, on or before January 10, 2018, Plaintiff must, as previously ordered, file a complete, identical, **redacted** copy of the Complaint (with all attachments to the original Complaint included). Any names of minors contained in the body and in any attachments must be redacted as described above and in the prior Order. Plaintiff is warned that failure to comply with this order may lead

to dismissal of this case for her failure to obey an order of the Court and/or for failure to prosecute.

SO ORDERED this 28th day of December, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE